******************************************************

The "officially released" date that appears near the beginning of each opinion is the date the opinion will be published in the Connecticut Law Journal or the date it was released as a slip opinion. The operative date for the beginning of all time periods for filing postopinion motions and petitions for certification is the "officially released" date appearing in the opinion. In no event will any such motions be accepted before the "officially released" date.

All opinions are subject to modification and technical correction prior to official publication in the Connecticut Reports and Connecticut Appellate Reports. In the event of discrepancies between the electronic version of an opinion and the print version appearing in the Connecticut Law Journal and subsequently in the Connecticut Reports or Connecticut Appellate Reports, the latest print version is to be considered authoritative.

The syllabus and procedural history accompanying the opinion as it appears on the Commission on Official Legal Publications Electronic Bulletin Board Service and in the Connecticut Law Journal and bound volumes of official reports are copyrighted by the Secretary of the State, State of Connecticut, and may not be reproduced and distributed without the express written permission of the Commission on Official Legal Publications, Judicial Branch, State of Connecticut.

******************************************************

ZARELLA, J., concurring. I concur in the judgment of this court and join the majority opinion for the reasons stated therein. My conclusion would be different, however, if we had been asked to revisit the basis for our decision in *Ciarlelli* v. *Hamden*, 299 Conn. 265, 8 A.3d 1093 (2010); see id., 301 (*Zarella, J.*, concurring); and if I was convinced that the reliance interests were not sufficient to require this court to follow that precedent. See *State* v. *Peeler*, 321 Conn. 375, 469, 140 A.3d 811 (2016) (*Zarella, J.*, dissenting).